UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHIU, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-09480-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 4 |

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On March 17, 2025, the Court ordered plaintiff to show cause within twenty-eight days why his motion to for leave to proceed in forma pauperis should not be denied pursuant to 28 U.S.C. § 1915(g), because he had amassed at least four Section 1915(g) dismissals. Plaintiff was provided the opportunity to contest that he had the Section 1915(g) dismissals, demonstrate that he was under imminent danger to proceed in forma pauperis, or pay the full $405.00 filing fee. Plaintiff was informed that failure to file a timely response or failure to pay the full filing fee would result in the dismissal of this action. The time to file a response has passed and plaintiff has not responded to the Court's order, paid the filing fee, or otherwise communicated with the Court. This case is DISMISSED without prejudice and the pending motion (ECF No. 4) is VACATED.

**IT IS SO ORDERED.**

Dated: May 2, 2025

　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　United States District Judge